**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Affinity Labs of Texas, LLC    v. DIRECTV, LLC, et al.

No. 15-1845
15-1846, 15-1847, 15-1848

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:    Affinity Labs of Texas, LLC
                                   Name of party

I am, or the party I represent is (select one):

☐ Petitioner  ☐ Respondent  ☐ Amicus curiae  ☐ Cross Appellant
☑ Appellant   ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Ronald J. Schutz |
| Law firm: | Robins Kaplan LLP |
| Address: | 800 LaSalle Avenue, Suite 2800 |
| City, State and ZIP: | Minneapolis, MN 55402 |
| Telephone: | 612-349-8500 |
| Fax #: | 612-339-4181 |
| E-mail address: | RSchutz@robinskaplan.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/24/1985

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

7-21-2015
Date

_Signature of pro se or counsel_

cc: All Counsel

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Jul 21, 2015  by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| Ronald J. Schutz | /s/ Ronald J. Schutz |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Robins Kaplan LLP

Address: 800 LaSalle Avenue, Suite 2800

City, State, ZIP: Minneapolis, MN 55402

Telephone Number: 612-349-8500

FAX Number: 612-339-4181

E-mail Address: RSchutz@robinskaplan.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.