Case No. 15-1845, -1846, -1847, -1848

*UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT*

**AFFINITY LABS OF TEXAS, LLC,**

*Plaintiff-Appellant*,

v.

**DIRECTV, LLC, DIRECTV DIGITAL LLC, MLB ADVANCED MEDIA, INC., MLB ADVANCED MEDIA, L.P., NBA MEDIA VENTURES, LLC, TURNER DIGITAL BASKETBALL SERVICES, INC., NHL INTERACTIVE CYBER ENTERPRISES, LLC, NHL ENTERPRISES, INC., NHL ENTERPRISES, L.P.,**

*Defendants-Appellees.*

Appeal from the United States District Court
for the Western District of Texas
In Case Nos. 15-CV-0030, -0031, -0032, -0033, Walter S. Smith Jr.

**UNOPPOSED MOTION TO EXTEND TIME
FOR APPELLANT'S BRIEF**

|  |  |
|---|---|
| Ronald J. Schutz | Cyrus A. Morton |
| Patrick M. Arenz | Brenda L. Joly |
| Benjamen C. Linden | |

**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
Tel.: (612) 349-8500

*Attorneys for Plaintiff-Appellant
Affinity Labs of Texas, LLC*

September 8, 2015

**FORM 9.** Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Affinity Labs of Texas, LLC　v.　DIRECTV, LLC, et al.

No. 15-1845
15-1846, 15-1847, 15-1848

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Affinity Labs of Texas, LLC certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Affinity Labs of Texas, LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

The party named in the caption is the real party in interest.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Robins Kaplan LLP: Ronald J. Schutz, Cyrus A. Morton, Patrick M. Arenz, Daniel R. Burgess, Shira T. Shapiro, Kristine A. Tietz, Brenda L. Joly, and Benjamen C. Linden. Naman Howell Smith & Lee, PLLC: John P. Palmer

9/8/2015
Date

/s/ Patrick M. Arenz
Signature of counsel

Patrick M. Arenz
Printed name of counsel

Please Note: All questions must be answered
cc: All Counsel

Plaintiff-Appellant Affinity Labs of Texas, LLC ("Affinity Labs") respectfully moves pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b) for an order extending its time to file its opening brief in this appeal by 14 days, from September 15, 2015, to September 29, 2015. This is an appeal by Affinity Labs regarding the granting of a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Affinity seeks this short extension because of its attorneys' commitments in other cases and work schedules. The requested extension would help ensure that the issues in this appeal are adequately presented for this Court's review. Affinity has not requested any previous extension of time in this appeal. Before filing this motion, Affinity Labs's counsel conferred with counsel for Appellees and was advised that Appellees consent to the relief sought in this motion.

Dated: September 8, 2015         Respectfully submitted,

*/s/ Patrick M. Arenz*
  Ronald J. Schutz
  Cyrus A. Morton
  Patrick M. Arenz
  Brenda L. Joly
  Benjamen C. Linden
  **ROBINS KAPLAN LLP**
  800 LaSalle Avenue, Suite 2800
  Minneapolis, MN 55402-2015
  Tel.: (612) 349-8500

  *Attorneys for Plaintiff-Appellant*
  *Affinity Labs of Texas, LLC*

## Proof of Service

I hereby certify that on September 8, 2015, the foregoing UNOPPOSED MOTION TO EXTEND TIME FOR APPELLANT'S BRIEF was filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the appellate CM/ECF system which pursuant to Federal Rule of Appellate Procedure 25(c)(2) and Federal Circuit ECF-6(A) constitutes service on all parties represented by attorneys who have registered for the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: September 8, 2015            By: /s/Patrick M. Arenz
                                        Patrick M. Arenz
                                        Counsel for Plaintiff-Appellant