2015-1845, 2015-1846, 2015-1847, 2015-1848

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**AFFINITY LABS OF TEXAS, LLC,**

*Plaintiffs-Appellants*,

v.

**DIRECTV, LLC, DIRECTV DIGITAL LLC, MLB ADVANCED MEDIA, INC., MLB ADVANCED MEDIA, L.P., NBA MEDIA VENTURES, LLC, TURNER DIGITAL BASKETBALL SERVICES, INC., NHL INTERACTIVE CYBER ENTERPRISES, LLC, NHL ENTERPRISES, INC., NHL ENTERPRISES, L.P.,**

*Defendants-Appellees*.

Appeals from the United States District Court for the Western District of Texas in Case Nos. 6:15-CV-00030, 6:15-CV-00031, 6:15-CV-00032, and 6:15-CV-00033, Judge Walter S. Smith, Jr.

## DEFENDANT–APPELLEES' UNOPPOSED MOTION TO EXTEND TIME

Pursuant to Federal Circuit Rule 26(b), Defendant-Appellees DirecTV, LLC; DirecTV Digital LLC; MLB Advanced Media, Inc.; MLB Advanced Media, L.P.; NBA Media Ventures, LLC; Turner Digital Basketball Services, Inc.; NHL Interactive CyberEnterprises, LLC; NHL Enterprises Inc.; and NHL Enterprises, L.P. respectfully request that the Court enlarge the time to file Defendant-

Appellees' responsive briefs by 21 days, to and including December 3, 2015. This is Defendant-Appellees' first request for an extension of time in this case. Counsel for Plaintiff-Appellant is unopposed to this request.

The principal briefs for Defendant-Appellees are currently due to be filed on November 12, 2015. As set forth in the attached declaration of Hilary L. Preston, the requested enlargement of time is necessary in light of Defendant-Appellees' efforts to file a joint brief and preexisting commitments of counsel for Defendant-Appellees.

WHEREFORE, Defendant-Appellees respectfully request that the time within which they must file their responsive briefs be extended by 21 days up to and including December 3, 2015.

|  |  |
|---|---|
| November 4, 2015 | Respectfully submitted, |
|  | */s/ Hilary L. Preston* |
|  | Hilary L. Preston |
|  | Vinson & Elkins LLP |
|  | 666 Fifth Avenue, 26th Floor |
|  | New York, NY 10103 |
|  | Tel: 212-237-0066 |
|  | Fax: 917-849-5387 |
|  | hpreston@velaw.com |

David B. Weaver
Baker Botts L.L.P.
98 San Jacinto Blvd.,
Suite 1500
Austin, TX 78701-4078
Tel: 512-322-2588
Fax: 512-322-3688
david.weaver@bakerbotts.com

Jeffrey T. Han
Vinson & Elkins LLP
2801 Via Fortuna
Suite 100
Austin, TX 78746-7568
Tel: 512-542-8400
Fax: 512-542-8612
jhan@velaw.com

*Attorneys for Defendant-Appellees NBA Media Ventures, LLC, Turner Digital Basketball Services, Inc., NHL Interactive CyberEnterprises, LLC, NHL Enterprises, Inc., and NHL Enterprises L.P.*

 */s/ Darin W. Snyder*
Darin W. Snyder
O'Melveny & Myers LLP
Two Embarcadero Center,
28th Floor
Tel: 415-984-8700
Fax: 415-984-8701
dsnyder@omm.com

*Counsel for Defendant-Appellees DIRECTV Digital LLC and DIRECTV, LLC*

>/s/ *Nathan K. Cummings*  
> Nathan K. Cummings  
> COOLEY LLP  
> One Freedom Square  
> Reston Town Center  
> 11951 Freedom Drive  
> Reston, VA 20190  
> Tel:  703-456-8000  
> Fax:  703-456-8100  
> ncummings@cooley.com  
>
> ***Counsel for Defendants-Appellees MLB ADVANCED MEDIA, INC. and MLB ADVANCED MEDIA, L.P.***

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Affinity Labs of Texas, LLC

v.

DIRECTV, LLC et al.

No. 2015-1845, 2015-1846, 2015-1847

## AMENDED CERTIFICATE OF INTEREST

Counsel for Defendants-Appellees NBA Media Ventures, LLC; Turner Digital Basketball Services, Inc.; NHL Interactive Cyber Enterprises, LLC; NHL Enterprises, Inc.; and NHL Enterprises, L.P. certifies the following:

1. The full name of every party or amicus represented by me is:

   NBA Media Ventures, LLC; Turner Digital Basketball Services, Inc.; NHL Interactive Cyber Enterprises, LLC; NHL Enterprises, Inc.; NHL Enterprises, L.P.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   Turner Digital Basketball Services, Inc. is a wholly owned subsidiary of Turner Broadcasting System, Inc. Turner Broadcasting System, Inc. is wholly owned by Historic TW Inc. Turner Broadcasting System, Inc. is ultimately and wholly owned by Time Warner Inc., a publicly traded Delaware company. No publicly traded entity or person has a 10 percent or greater stock ownership in Time Warner Inc.'s issued outstanding common stock.

NBA Media Ventures, LLC does not have a parent corporation and there is not a publicly held company that owns 10 percent or more of its ownership interests.

NHL Enterprises L.P. has no parent corporation and no publicly held company holds 10 percent or more of its ownership interests.

NHL Enterprises, Inc. has no parent corporation and no publicly held company holds 10 percent or more of its ownership interests.

NHL Interactive CyberEnterprises, LLC has no parent corporation and no publicly held company holds 10 percent or more of its ownership interests.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   VINSON & ELKINS LLP: Hilary L. Preston and Jeffrey T. Han
    BAKER BOTTS L.L.P.:  David B. Weaver


November 4, 2015                   */s/ David B. Weaver*
                                                                      David B. Weaver

cc: All counsel of record

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Affinity Labs of Texas, LLC    v.   DIRECTV, LLC, et al.

No. 15-1845
15-1846, 15-1847, 15-1848

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) MLB Advanced Media, L.P. and MLB Advanced Media, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

MLB Advanced Media, L.P. and MLB Advanced Media, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Defendant MLB Advanced Media, L.P. is a limited partnership organized under the laws of the State of Delaware. Its partners consist of MLB Media Holdings, L.P. and Defendant MLB Advanced Media, Inc.  MLB Advanced Media, Inc. has no parent corporation.  There is no publicly held corporation that owns 10% or more of the stock of MLB Advanced Media, L.P., MLB Advanced Media, Inc., or MLB Media Holdings, L.P.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Cooley LLP - Christopher C. Campbell, Nathan K. Cummings, Lindsy Solanki

| November 3, 2015 | /s/ Nathan K. Cummings |
| Date | Signature of counsel |
|  | Nathan K. Cummings |
|  | Printed name of counsel |

Please Note: All questions must be answered
cc: All counsel

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## AFFINITY LABS OF TEXAS, LLC

## V.

## DIRECTV, LLC ET AL.

## NO. 2015-1845, 2015-1846, 2015-1847

## CERTIFICATE OF INTEREST

Counsel for the Defendant-Appellees, DIRECTV, LLC, and DIRECTV Digital LLC, certifies the following:

1. The full name of every party or amicus represented by me is:

>   DIRECTV, LLC, and DIRECTV Digital LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

>   None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

>   DIRECTV Digital LLC, is a Delaware limited liability company and a wholly owned subsidiary of DIRECTV, LLC.
>   DIRECTV, LLC, is a California limited liability company and a wholly owned subsidiary of DIRECTV Holdings, LLC.
>   DIRECTV Holdings, LLC, is a Delaware limited liability company and a wholly owned subsidiary of The DIRECTV Group, Inc.
>   The DIRECTV Group, Inc., is a Delaware corporation indirectly wholly owned (through various wholly owned subsidiaries) by

    DIRECTV Group Holdings, LLC.
    DIRECTV Group Holdings, LLC is a wholly owned subsidiary of AT&T Inc., which is a publicly traded company.  No one person or group owns 10% or more of the stock of AT&T Inc.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    O'MELVENY & MYERS, LLP:  Darin W. Snyder, Ryan K. Yagura, and Brian M. Cook.

Dated:  November 4, 2015       /s/*Darin W. Snyder*
                                                                      DARIN W. SNYDER
                                                                      O'MELVENY & MYERS LLP

2015-1845, 2015-1846, 2015-1847, 2015-1848

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

AFFINITY LABS OF TEXAS, LLC,
*Plaintiffs-Appellants*,

v.

DIRECTV, LLC, ET AL.
*Defendants-Appellees*.

Appeals from the United States District Court for the Western District of Texas in Case Nos. 6:15-CV-00030, 6:15-CV-00031, 6:15-CV-00032, and 6:15-CV-00033, Judge Walter S. Smith, Jr.

**DECLARATION OF HILARY L. PRESTON**

I, Hilary L. Preston, hereby declare as follows:

1.  I am a partner in the law firm of Vinson & Elkins LLP, and a member of the Bar of this Court. I am counsel for Defendant-Appellees NBA Media Ventures, LLC, Turner Digital Basketball Services, Inc., NHL Interactive CyberEnterprises, LLC, NHL Enterprises, Inc., and NHL Enterprises L.P. Counsel for DirectTV, LLC, DirecTV Digital LLC, MLB Advanced Media, Inc., and MLB Advanced Media, L.P. have informed me that they join in this motion.

2.  This is Defendant-Appellees' first request for an enlargement of time.

3. Plaintiff-Appellant Affinity Labs of Texas, LLC previously sought and received a 14-day enlargement of time to file its principal brief.

4. Defendant-Appellees are endeavoring to file a joint principal brief. In light of the number of parties, Defendant-Appellees require additional time to coordinate with each other and draft a brief that is acceptable to all Defendant-Appellees. In addition, a number of counsel for Defendant-Appellees have preexisting professional and personal commitments that impair their ability to prepare a brief by the current deadline.

5. I have contacted counsel for Plaintiff-Appellant Affinity Labs of Texas, and Affinity Labs does not oppose this request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

November 4, 2015 

Respectfully submitted,

*s/ Hilary L. Preston*
Hilary L. Preston
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103
Tel: 212-237-0066
Fax: 917-849-5387
hpreston@velaw.com

# **PROOF OF SERVICE**

I hereby certify that on November 4, 2015, the foregoing Defendant-Appellees' UNOPPOSED MOTION TO EXTEND TIME was filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the appellate CM/ECF system which pursuant to Federal Rule of Appellate Procedure 25(c)(2) and Federal Circuit ECF-6(A) constitutes service on all parties represented by attorneys who have registered for the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

        */s/ Hilary L. Preston*
Hilary L. Preston
Vinson & Elkins LLP
666 Fifth Avenue,
26th Floor
New York, NY 10103
Tel: 212-237-0066
Fax: 917-849-5387
hpreston@velaw.com